25cr51 DWF/DJF

UNITED STATES DISTRICT COURT
District of Minnesota

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) ) ) | 18 U.S.C. § 371 |
| v. | ) ) | 18 U.S.C. 875(c) |
| 1. ROBIN SHEARROD-SHAKUR, and | ) ) ) | |
| 2. JASMINE SHEARROD, | ) ) ) | |
| Defendants. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Transmit Threats)

Beginning on or about November 5, 2023, and continuing through on or about January 24, 2024, in the State and District of Minnesota and elsewhere, the defendants,

**ROBIN SHEARROD-SHAKUR,**
and
**JASMINE SHEARROD,**

did knowingly conspire and agree with each other and with other persons known and unknown to the Grand Jury, to transmit threats in interstate commerce, by means of mobile phone text messages, to injure Victim-1 and Victim-1's family, which is a violation of Title 18, United States Code, Section 875(c).

SCANNED
FEB 1 9 2025
U.S. DISTRICT COURT MPLS

## OVERT ACTS

In furtherance of said conspiracy, and to effect the objects and purposes thereof, one or more persons committed overt acts as set forth below:

1. On November 5, 2023, Robin Shearrod-Shakur saved three screenshots into her Google Photos account that depicted Victim-1's age, address, phone numbers, and a photo of Victim-1's family.

2. On January 24, 2024, Robin Shearrod-Shakur texted Victim-1's phone number and a series of text messages to Defendant Jasmine Shearrod. The other text messages stated, "Let her know she's a dead bitch," "Tell her first you gonna kill her family then do her last and to watch her back . . . lol," and "Send the picture to [Victim-1] and let [Victim-1] know they dead man[.]'

3. On January 24, 2024, Jasmine Shearrod texted Robin Shearrod-Shakur, "Ok, I got you lol about to download the app now & see if they'll give me a area code there for free."

4. On January 24, 2024, Jasmine Shearrod registered a TextNow number using a false name and an email address linked to Jasmine Shearrod.

5. On January 25, 2024, Jasmine Shearrod sent Victim-1 a series of text messages using the same TextNow number referenced above. The messages stated, "You are a dead bitch & you're whole family," "Watch your back," and "First I'm going to kill your whole family make you watch then do you last bitch." Jasmine Shearrod also sent Victim-1's street address with a statement

"I'm coming for you" and a photo of Victim-1's family. After sending these text messages, Jasmine Shearrod texted "Done" to Robin Shearrod-Shakur with a screen shot of the messages to Victim-1.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
(Transmission of Interstate Threats to Injure)

On or about January 24, 2024, in the State and District of Minnesota, the defendant,

**JASMINE SHEARROD**,

did knowingly transmit in interstate and foreign commerce from the State of Michigan to the State of Minnesota, a communication to victim Victim-1, and the communication contained a threat to injure Victim-1 and Victim-1's family, specifically text messages with a photo of Victim-1's family accompanied by messages stating, "You are a dead bitch & you're whole family," "Watch your back," and "First I'm going to kill your whole family make you watch then do you last bitch."

All violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

Upon conviction of either of Counts 1 or 2 of this Indictment, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section

United States v. Robin Shearrod-Shakur et al.

2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY    FOREPERSON